IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISOYPHENE DAVIS, INDIVIDUALLY | § | |
| AND A/N/F OF B.B., A MINOR, | § | |
| *Plaintiffs*, | § | |
| | § | |
| V. | § | CIVIL NO. |
| | § | |
| PEARLAND INDEPENDENT SCHOOL | § | |
| DISTRICT AND MICHELLE BOTKIN, | § | |
| INDIVIDUALLY, | | |
| *Defendants*. | | |

## PLAINTIFFS' ORIGINAL COMPLAINT

COMES NOW **Isoyphene Davis, Individually and on behalf of B.B., a minor**.   The minor at issue is a disabled child, who along with her natural mother, **Isoyphene Davis**, file this Original Complaint against the **Pearland Independent School District (hereinafter "PISD"**), and **Michelle Botkin, Individually,** for injuries and damages caused by the Defendants' unlawful conduct and discrimination against her and her child by reason of the child's disability.  Plaintiffs now seek compensatory and punitive damages from for injuries wrongfully inflicted upon them by Defendants. In support thereof, Plaintiffs will respectfully show the Court:

## Parties

1.      Plaintiffs, **Isoyphene Davis, Individually and on behalf of B.B., a minor,** are individuals who now reside in the City of Woodsboro, located in Refugio County, Texas.

2.      Defendant, **Pearland Independent School District ("PISD")**, is a local school district authorized under the laws of the State of Texas to administer and deliver public education services to students who reside within the school district.   **PISD** may be served with process by serving the Superintendent, Larry Berger, at Pearland Independent School District, 1928

N. Main Street, Pearland, Texas 77581. **Service is requested.**

3.      Defendant**, Michelle Botkin** at all times relevant, was an employee and/or agent of the **PISD** and was the Admission, Review, and Dismissal ("ARD) District representative who implements, facilitates, and supervises the special education ARD/IEP process for Pearland Independent School District. Defendant**, Botkin** may be served with process at Pearland Independent School District, 1928 N. Main Street, Pearland, Texas 77581. **Service is requested.**

<u>**Jurisdiction and Venue**</u>

4.      This Court has original jurisdiction pursuant to 28 U.S.C. " 1331 and 1343(a)(3).  Plaintiffs have now exhausted all administrative remedies available to them for relief under state and federal law.

5.      Venue is proper in this judicial district because the state court action was filed within the Houston Division of the United States District Court for the Southern District of Texas.

6.      Plaintiffs bring this action among other causes of actions, pursuant to 42 U.S.C. Sec. 1983 because of deprivations of federally protected rights by the Defendants acting under color of state law.  This includes violations of the ADA, Sec. 504 and its implementing regulations, the Due Process and Equal Protection clauses of the Fifth and Fourteenth Amendment to the United States Constitution.

<u>**Facts**</u>

7.      At all times relevant to this suit, **B.B.** was a student with a disability.  **B.B.** was enrolled at Cockrell Elementary School as a second-grade student.  Cockrell Elementary School is under the supervision and authority of Pearland Independent School District.   At all times relevant to this suit, **B.B.** was a student with a disability, **B.B** therefore is and was a "qualified handicapped person" under Section 504 of the Rehabilitation Act of 1973 ("Sec. 504"), Public Law 93-112, 29 U.S.C. Sec. 1400 <u>et seq.</u>, 34 C.F.R. Part 104.   **B.B.** was also a "qualified individual with a disability" under Section 12131 of the Americans with Disabilities Act ("ADA"), Public Law 101-336, 42 U.S.C. 12101 <u>et seq.</u>

8.      On November 16, 2021, the minor child **BB.** suffered serious bodily injuries while at recess at Cockrell Elementary School as a result of being left unattended during a recess.     **B.B.** was left unattended despite there being in place a September 30, 2021, Individualized Education Program (IEP) for the 2021-22 academic year**.** The IEP was adopted by, and in fact created in part by Pearland Independent School District.   That same IEP, is attached hereto and incorporated in its entirety by this reference and marked as Exhibit "1" for all purposes. That same IEP makes it clear that **B.B.** is not to be left unattended during lunchtime, dismissal, and recess, (See: Page 2 of Exhibit "1"; "Functional" assessment). Despite the IEP, **B.B.** was severally injured on November 16, 2021 during recess at Cockrell Elementary School when she was left unattended and without assistance. Each and all of the foregoing intentional acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

9.      Defendant, **Botkin** was, at all times relevant, the Admission, Review, and Dismissal ("ARD) District representative who implements, facilitates, and supervises the special education ARD/IEP process. Defendant, **Botkin** collaborates with other professionals and parents in the ARD process and issue responsible to cooperatively with instructional personnel to develop the most appropriate programs for students with disabilities according to the federal requirements of the Individuals with Disabilities Education Act.   Defendant Botkin failed to supervise **B.B.'S** IEP, and intentionally attempted to delegate her responsibilities to others regarding supervision of the ARD process, and specifically with the care required for B.B. Each and all of the foregoing intentional acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

**CAUSES OF ACTION**

**<u>Intentional Discrimination and Refusal to</u>**

**<u>Provide Services under Section 504 of the Rehabilitation Act of 1973</u>**

10.     <u>Substantive violations.</u> Sec. 504 protects a student with a disability from discrimination by any entity that receives federal financial assistance.   Under the act, a "qualified handicapped person" is one who (1) has a physical or mental impairment which substantially limits one or more major life activities; (2) has a record of such impairment; or (3) is regarded as having such an impairment. Major life activities include schooling and learning.    "No qualified handicapped person shall, on the basis of handicap, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity which receives or benefits from Federal financial assistance."   The regulations promulgated to enforce Sec. 504 grant disabled students a right to an "appropriate education" that is designed to "meet individual educational needs of handicapped persons as adequately as the needs of nonhandicapped persons are met".   (34 C.F.R. ' 104.33)

11.     Despite the IEP in place, **Defendants** failed enforce and follow their own agreed to plan of care for **BB.**, including assistance during recess.

12.     **Defendants'** attitude was one of skepticism, indifference, and carelessness, they treated **B.B.** as just another disabled student. Plaintiff was in fact in need of assistance as required by the ARD, and Defendants intentionally took it upon themselves to modify that care as convenient to them. Defendants' behavior was to minimize or deny the effects of the disability, and to display a patronizing attitude toward both the student and the mother.

13.     Each and all of the foregoing acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

14.     <u>Procedural violations.</u> The regulations to enforce Sec. 504 (34 C.F.R. Part 104 <u>et seq</u>.) establish procedural safeguards to protect the rights of parents and their disabled children under the Act.   Defendants owed a duty to the parents to notify them of their rights under Sec. 504 [34 C.F.R. ' 104.32(b)].   In addition, the parents have a right to receive notice and a right to inquire, participate, accept, or reject any changes to that ARD, and all such modifications must be memorialized in writing and the right to inspect and examine all relevant educational records. Defendants failed to notify

Plaintiffs of any modifications of the ARD.

15.     Defendants willfully, knowingly, and intentionally violated the due process protections provided to parents under Section 504, by disregarding the ARD and leaving the minor unsupervised at the time of injury.   Said Defendants, by their wrongful conduct and actions, wholly violated Section 504 by failing to follow policies and procedures designed to protect **B.B.** as a disabled student in need of an appropriate care and supervision;

16.     Each and all of the foregoing intentional acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

### Violation of Americans with Disabilities Act

Paragraphs 1 through 16 are realleged and adopted by reference as if fully set forth below.

17.     The Americans with Disabilities Act protects individuals with disabilities.   Section 202 of The Act provides that no "qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subject to discrimination by any such entity."

18.     A "public entity" includes any state or local governmental entity including local school districts.   A "qualified individual with a disability" is an individual who, with or without reasonable modifications to rules, policies or practices, meets the essential eligibility requirements to receive services or to participate in the programs or activities provided by the public entity.

19.     Plaintiff **B.B.** was a qualified individual with a disability at the time of her attendance at Crockrell Elementary School.

20.     By the actions and conduct of Defendants, Plaintiffs were denied the benefits of the full and intended services, programs and activities of her elementary school and her care.    Said conduct creates a cause of action for violation of the ADA.

**Cause of Action Under 42 U.S.C. ' 1983 for Violations of Rights**

**Protected by Federal Statutes and Constitution**

Pargraphs 1 through 20 are realleged and adopted by reference as if fully set forth below.

21.     42 U.S.C. Sec. 1983 creates a cause of action, at law or in equity, against any person who, while acting under color of state law, deprives a citizen of the United States of any right, privilege, or immunity secured by the U.S. Constitution or federal statute.   To state a claim for relief under 42 U.S.C. Sec. 1983, a plaintiff must allege (1) that the Defendant was acting under color of state law and (2) that the Defendant's conduct deprived the plaintiff of federal rights.

22.     To obtain relief under Sec. 1983 against a government employee, the plaintiff must prove that the defendants', through conscious disregard or deliberate indifference, violated clearly established statutory or constitutional rights of which a reasonable person would have known.   *Harlow v. Fitzgerald, 457 U.S. 800, 102 S.Ct. 2727 (1982).*

23.     The rights afforded disabled students and their parents under Sec. 504 and its implementing regulations are clearly established.   Plaintiffs allege that Defendants acted in conscious disregard or deliberate indifference to **B.B.'S** welfare and educational needs as a disabled student when they failed to provide supervision and assistance during recess, that supervision and assistance attributable to or caused by her disability, and have a right to receive notice and a right to inquire, participate, accept, or reject any changes to that ARD, and all such modifications must be memorialized in writing. inspect and examine all relevant educational records. Defendants failed to notify Plaintiffs of any modifications of the ARD.

24.     Therefore Defendants, while acting under color of state law, violated Plaintiff's clearly established rights as set forth above.   Defendants failed to follow proper procedures prescribed by Federal law as set forth above, violated Plaintiffs' right to due process as guaranteed by the Due Process clause of the Fourteenth Amendment to the United States Constitution.   Said deprivation creates a cause of action under 42 U.S.C. Sec. 1983.

**Defendant PISD culpability under 42 U.S.C. ' 1983**

25.     In a claim for relief against a school district under 42 U.S.C. Sec. 1983, Plaintiffs must allege and prove that their injuries resulted wholly, or in part, from an official policy or custom adopted or followed by Defendant school district.   *Monell v. New York City Dept. of Social Services, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed. 2d 611 (1978).*

26.     Defendant PISD has failed to adopt policies and procedures that insured that disabled students who attend Crockwell Elementary School are identified and provided a free appropriate, and injury free  public education.  PISD has, by custom or official policy, failed to adopt procedures that insured parents of children who attend Crockwell Elementary School received appropriate notice of their rights and the duties of the school district as required by Federal law.  Plaintiffs allege that Crockwell Elementary staff were poorly and inadequately trained to identify, assess, and respond to the needs of **B.B.** as a student with her diagnosed disability.   By this custom of misfeasance, inaction, neglect, and indifference to the rights of students like **B.B.**   Each and all of the foregoing intentional acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

27.     In the alternative and without prejudicing any and all claims and allegations set forth in this petition and with sections 1-25 incorporated by this reference, Defendants were negligent in their duties to protect and supervise the minor child, **B.B.**   Each and all of the foregoing negligent, and/or intentional acts and omissions taken singularly or in combination, are a proximate cause of Plaintiffs' injuries and damages as set forth below.

**Damages**

28.     As a direct and proximate cause of the Defendants unlawful conduct and discrimination, Plaintiffs have suffered considerable and significant damages including both past and future out of pocket expenses, mental anguish, pain and suffering; hospital and medical expenses; court costs and attorneys fees in prosecuting this action.  Plaintiffs now seek compensatory relief jointly and/or

severally from the Defendants, and all other relief as allowed by law or in equity.   Plaintiffs also seek exemplary damages against the individual Defendants because of the willful, deliberate, and intentional disregard of the child's rights as a disabled student.

## Jury Demand

29.     Plaintiff respectfully requests trial by jury.

## Prayer

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that the Court take jurisdiction of this case, that Defendants be cited to answer and appear; and upon final hearing:

1.     Grant a declaratory judgment against Defendants declaring that the Plaintiff's, **B.B.'S**, rights under Sec. 504 and the ADA were violated.

2.     Grant judgment against all Defendants, jointly and/or severally, for compensatory damages;

3.     Grant judgment against individual Defendants **Botkin** for punitive damages;

4.     Grant judgment against Defendants for past and future medical expenses, pain, suffering and mental anguish;

5.     Grant judgment against Defendants for post-judgment interest from the date of judgment until paid in full as permitted by law;

6.     Grant judgment against Defendants for court costs and reasonable attorney's fees; and

7.     Grant such other and further relief, general and special, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully Submitted,

**HERRMAN & HERRMAN PLLC**
The Herrman Building
1201 Third Street
Corpus Christi, Texas 78404
P: (361) 882 4357
F: (361) 883-7957
E-Serve: litigation@herrmanandherrman.com


   */s/Daniel G. Covich*
Daniel G. Covich
Federal Bar ID: 10706
State Bar No. 04906500
Email: dcovich@herrmanandherrman.com
**ATTORNEY FOR PLAINTIFFS**

**THE BLEDSOE LAW FIRM, P.L.L.C.**
6633 Highway 290 East, Suite 208
Austin, Texas 78723-1157
P: (512) 322-9992

/s/Gary Bledsoe
Gary Bledsoe
State Bar ID: 02476500
Email: gbledsoe@thebledsoelawfirmcom
**ATTORNEY FOR PLAINTIFFS**

Pearland ISD                                                                                    B        B
                                                                                    , Pearland, TX 77581

| Meeting Date | This is an annual IEP | Explanation of Procedural Safeguards was provided | | |
|---|---|---|---|---|
| 9/30/2021 | ☑Yes ☐No | ☑Yes ☐No ☐NA | | |
| Student ID | Student Name | Age | Date of Birth | Gender |
| | Breanna Bowie | 7 | | F |
| Academic Year | Home Campus | Current Campus | | Grade |
| 2021-22 | Cockrell Elementary | Cockrell Elementary | | 02 |
| Parent 1 Name | Parent 2 Name | Was an interpreter used to conduct the meeting? | | |
| Isoyphene C Davis | | ☐Yes ☐No ☑NA | Language: | |

## Individualized Education Program (IEP)
## Annual Review

**Parent/adult student waives the 5 school days written notice of the meeting and agrees to an earlier meeting (initial below).**

Parent's Initials:

# I. Review of Evaluation Data

| Full and Individual Evaluation | | |
|---|---|---|
| Current Date: 10/8/2019 | Next Due Date: 10/8/2022 | |
| **Other Evaluations** | Name | Current Date | Needed By |
| | Adapted PE | 9/29/2021 | 9/29/2024 |

| Information for this meeting has been provided by the following: | | |
|---|---|---|
| ☑ Parent(s) | ☑ School personnel | ☐ Language Proficiency Assessment Committee |
| ☐ Student | ☑ Previous school district | ☐ Other agencies/professionals |

# II. Determination of Eligibility

| Based on the evaluation data reviewed, the committee has determined that Breanna Bowie |
|---|
| ☐ does not meet specific Federal eligibility criteria to receive special education services. |
| ☑ meets specific Federal eligibility criteria (has both a disability and educational need for special education services) based on the following conditions: |

| Conditions | Condition 1 | | Condition 4 |
|---|---|---|---|
| If specific conditions were available and if they were recorded, they will be listed below. | Orthopedic Impairment | | |
| | Condition 2 | | Condition 5 |
| | | | |
| | Condition 3 | | Indicators |
| | | | ☑ Medically Fragile ☐ Multiple Disabilities |

| Specific Learning Disability Type(s) |
|---|
| Not eligible for this condition |

| Breanna has been identified as having Dyslexia or Related Disorders Yes ☐ No ☑ |
|---|

| Other Health Impairment Type(s) |
|---|
| Not eligible for this condition |

| Speech Impairment Type(s) |
|---|
| Not eligible for this condition |

| Noncategorical Early Childhood (NCEC) |
|---|
| Not eligible for this condition |

A child must not be determined to be a child with a disability if the determinant factor for such determination is: lack of appropriate instruction in reading, including in the essential components of reading instruction as defined in the Elementary and Secondary Education Act (ESEA): essential components of reading instruction means explicit and systematic instruction in: phonemic awareness, phonics, vocabulary development, reading fluency, including oral reading skills, and reading comprehension strategies; lack of appropriate instruction in math; or limited English proficiency.

## III. Present Level of Academic Achievement and Functional Performance

**Physical**

The student's disability of Orthopedic Impairment impacts the student in the way of having to use a wheelchair. She needs the assistance of an adult for transitioning in hallways, at recess, arrival, dismissal, etc. to address her safety.

| Personal Care Services | Nursing | Assistive Technology |
|---|---|---|
| ☑ Yes ☐ No | ☐ Yes ☑ No | ☑ Yes ☐ No |

**Behavioral**

Breanna's behavioral skills are within normal limits.

| Documentation has been submitted and B | Is in need of a behavior intervention plan. | ☐ Yes ☑ No |
|---|---|---|

**Discipline**

Able to follow the Student Code of Conduct.

**Functional**

B    is able to transport herself by using her wheel chair or with assistance. She is able to go to the restroom on her own and is able to get around the classroom as well and transition to other class periods appropriately. She receives assistance in lunch to help get her food and at dismissal as well as recess. She is able to communicate to get her basic needs met in and out of the classroom environment.

**Academic**

B    is a second grader at Cockrell Elementary who qualifies for Special Education services as a student with OHI this affects her in multiple academic settings. According to Mrs. Armendariz, B    works consistently, and frequently demonstrates retention and application of knowledge. Mrs. Armendariz states Br_____ is currently reading at a BAS level of F which is below grade level with a weakness in reading fluency. Mrs. Armendariz also shared a concern with B    writing mechanics and organization. B    grades as of now are a 95 in reading, 94 in language arts, 89 in math, science & social studies.

Based on the PLAAFP statement(s) above, the IEP Committee has determined B    disability significantly affects her involvement and progress in the general education curriculum. For preschool children, as appropriate, indicate how the disability affects participation in appropriate activities.

| ☑ English | ☑ Math | ☑ Science | ☑ Social Studies | ☑ Electives | ☑ Physical Education |
|---|---|---|---|---|---|
| ☐ Other: | | | | | |

| Student Age | Transition Planning |
|---|---|
| 7 | Transition services are not age appropriate at this time. |
| | Initial Transition Services Discussion Date, if applicable |

# IV. Determination of Services to Be Provided

| Schedule | School Year | Service Start Date | Services Duration | Campus Assignment | ECSE Location | Program Name |
|---|---|---|---|---|---|---|
| Current | 2021-22 | 10/1/2021 | 5/26/2022 | Cockrell Elementary | N/A | N/A |
| Dyslexia Services Code: N/A | | | | | | |
| PEIMS Predominant Interpreting Service Code: N/A | | | District of RDSPD: N/A | | | |
| Fall Schedule | | Instructional Arrangement: 41 | | Speech Count: 0 | B | Instructional Time: 335 |
| Spring Schedule | | Instructional Arrangement: 41 | | Speech Count: 0 | B | Instructional Time: 335 |

## Instructional Schedule

| Subject | Semester | Service Provider | Grade Assigned By | Min. Gen | Min. SpEd | Freq. / Duration | Service Type | RDSPD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Reading/Language Arts | Both | Special Education Staff | General Education | 0 | 30 | 4 / week | In-Class Support | No | |

**Breanna's school day is commensurate with peers at the same grade level.**

☑ Yes ☐ No

## Accommodations

| Subject | Accommodation | Comments |
|---|---|---|
| English, Math, Science, Social Studies | Check for understanding | |
| English, Math, Science, Social Studies | Extra time for assignments/tests | |
| English, Math, Science, Social Studies, Electives/Specials | Manual/electric wheelchair | |
| English, Math, Science, Social Studies | Opportunity to respond orally | |
| English, Math, Science, Social Studies | Shortened assignments | |
| English | Supplemental aids | such as a blank graphic organizer |

## Related Services

| Service | Semester | Service Provider | Minutes | Freq. / Duration | Service Type | Removed From | Comments |
|---|---|---|---|---|---|---|---|
| Occupational Therapy | Both | Occupational Therapist | 20 | 3 / 9 wks | In-Class Support | Both | OT services will be provided 20 minutes, 3x per 9 weeks on weeks 1, 4, and 8 to facilitate development of fine motor, visual motor and sensory motor skills in the classroom setting. In-class support services may also include consultation, equipment modifications and program planning in order to allow student to make progress with targeted IEP goals and participation in classroom FM activities. Exceptions to this may include: student absences, student holidays, staff development days, field trips, assemblies, state/district testing as well as inclement weather. In addition, no OT services will take place on the first week of school to allow for the establishment of class procedures/routines and the last week of school to allow for participation in end of school assessment and campus wide activities. OT may take place in a variety of settings across the educational setting. |
| Transportation | Both | Bus Driver | 0 | 2 / day | Out of School | | Parent is electing not to utilize transportation services at this time, but B         remains eligible. She would require the use of transportation through Special Education to accommodate her wheelchair. |
| Adapted P.E. | Both | Adapted P.E. Teacher | 30 | 2 / week | Direct | | refer to deliberations for more information |

## Supplementary Aids and Services

| Type | Aid/Service to be provided |
|---|---|
| Additional Aids/Supports | Special Education Staff Support - Support for transitions (ex: arrival, dismissal, recess, lunch, specials) |

**This is the campus which B        would attend if not in special education.**

☑ Yes ☐ No

**This is the campus that is as close as possible to Breanna's home which provides services the IEP committee has deemed necessary.**

☑ Yes | B       home campus is: Cockrell Elementary
☐ No | If no was selected above, provide reason:

# IV. Determination of Services to Be Provided

| Schedule | School Year | Service Start Date | Services Duration | Campus Assignment | ECSE Location | Program Name |
|---|---|---|---|---|---|---|
| Next | 2022-23 | 8/15/2022 | 9/29/2022 | Cockrell Elementary | N/A | N/A |

| Dyslexia Services Code: N/A | | | |
|---|---|---|---|
| PEIMS Predominant Interpreting Service Code: N/A | | District of RDSPD: N/A | |
| Fall Schedule | Instructional Arrangement: 41 | Speech Count: 0 | B   Instructional Time: 335 |
| Spring Schedule | Instructional Arrangement: 41 | Speech Count: 0 | B   Instructional Time: 335 |

## Instructional Schedule

| Subject | Semester | Service Provider | Grade Assigned By | Min. Gen | Min. SpEd | Freq. / Duration | Service Type | RDSPD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Reading/Language Arts | Both | Special Education Staff | General Education | 0 | 30 | 4 / week | In-Class Support | No | |

**Breanna's school day is commensurate with peers at the same grade level.**

☑ Yes ☐ No

## Accommodations

| Subject | Accommodation | Comments |
|---|---|---|
| English, Math, Science, Social Studies | Check for understanding | |
| English, Math, Science, Social Studies | Extra time for assignments/tests | |
| English, Math, Science, Social Studies, Electives/Specials | Manual/electric wheelchair | |
| English, Math, Science, Social Studies | Opportunity to respond orally | |
| English, Math, Science, Social Studies | Shortened assignments | |
| English | Supplemental aids | such as a blank graphic organizer |

## Related Services

| Service | Semester | Service Provider | Minutes | Freq. / Duration | Service Type | Removed From | Comments |
|---|---|---|---|---|---|---|---|
| Occupational Therapy | Both | Occupational Therapist | 20 | 3 / 9 wks | In-Class Support | Both | OT services will be provided 20 minutes, 3x per 9 weeks on weeks 1, 4, and 8 to facilitate development of fine motor, visual motor and sensory motor skills in the classroom setting. In-class support services may also include consultation, equipment modifications and program planning in order to allow student to make progress with targeted IEP goals and participation in classroom FM activities. Exceptions to this may include: student absences, student holidays, staff development days, field trips, assemblies, state/district testing as well as inclement weather. In addition, no OT services will take place on the first week of school to allow for the establishment of class procedures/routines and the last week of school to allow for participation in end of school assessment and campus wide activities. OT may take place in a variety of settings across the educational setting. |
| Transportation | Both | Bus Driver | 0 | 2 / day | Out of School | | Parent is electing not to utilize transportation services at this time, but B    remains eligible. She would require the use of transportation through Special Education to accommodate her wheelchair. |
| Adapted P.E. | Both | Adapted P.E. Teacher | 30 | 2 / week | Direct | | refer to deliberations for more information |

## Supplementary Aids and Services

| Type | Aid/Service to be provided |
|---|---|
| Additional Aids/Supports | Special Education Staff Support - Support for transitions (ex: arrival, dismissal, recess, lunch, specials) |

**This is the campus which Breanna would attend if not in special education.**

☑ Yes ☐ No

**This is the campus that is as close as possible to Breanna's home which provides services the IEP committee has deemed necessary.**

| ☑ Yes | B    home campus is: Cockrell Elementary |
|---|---|
| ☐ No | If no was selected above, provide reason: |

## IV-B. State Assessments (Current)

Date: 9/30/2021
Student ID:
Student Name: B          B

### State/District Assessment Decisions

| State assessments for the school year will be addressed during this IEP meeting. |
|---|
| ☐ Yes ☑ No |

### Required Tests

| The parent has been informed that an accelerated plan of instruction is required if Breanna does not pass one or more assessments. |
|---|
| ☐ Yes ☐ No ☑ Not Applicable |

| Committee Members understand all of the assessment options, including the characteristics of each assessment and the potential implications of each assessment choice. |
|---|
| ☑ Yes ☐ No |

Breanna was not enrolled in a grade level assessed by the State of Texas Assessments of Academic Readiness (STAAR).

**ERA:** Will take

**TELPAS:** B          has not been identified as an English Learner and this test is only required for EL Students.

| District Assessments |
|---|
| ☐ NA ☑ Will take all |
| ☐ Will not take the following |

If an accommodation requires the submission and approval of an Accommodation Request Form (ARF), the accommodation can only be implemented on a state assessment after receiving approval from the Texas Education Agency (TEA). If an ARF is submitted to the Agency, and TEA turns down the accommodation, there is no requirement to hold another meeting.

## IV-B. State Assessments (Next)

Date: 9/30/2021
Student ID:
Student Name: B         B

### State/District Assessment Decisions

| State assessments for the school year will be addressed during this IEP meeting. |
|---|

☑ Yes ☐ No

### Required Tests

| The parent has been informed that an accelerated plan of instruction is required if Breanna does not pass one or more assessments. |
|---|

☐ Yes ☐ No ☑ Not Applicable

| Committee Members understand all of the assessment options, including the characteristics of each assessment and the potential implications of each assessment choice. |
|---|

☑ Yes ☐ No

Based on B       next grade: 03, the following state assessments are required.

### Reading

| | |
|---|---|
| **Type** STAAR | **Language** English |
| **Accommodations** (DS) Extra time - until the end of the school day | |
| **Comments** All Accommodations are pending TEA approval | |

### Math

| | |
|---|---|
| **Type** STAAR | **Language** English |
| **Accommodations** (DS) Extra time - until the end of the school day | |
| **Comments** All Accommodations are pending TEA approval | |

**ERA:** Breanna is in grade: 03 and this test is only required for Grades 'KG', '01' and '02'
Breanna was not enrolled in a grade level that requires the administration of the Early Reading Assessment.

**TELPAS:** B       has not been identified as an English Learner and this test is only required for EL Students.

| District Assessments |
|---|
| ☐ NA ☑ Will take all |
| ☐ Will not take the following |

If an accommodation requires the submission and approval of an Accommodation Request Form (ARF), the accommodation can only be implemented on a state assessment after receiving approval from the Texas Education Agency (TEA). If an ARF is submitted to the Agency, and TEA turns down the accommodation, there is no requirement to hold another meeting.

# V. Consideration of Least Restrictive Environment

Service and site consideration alternatives provided, tried, or considered (p, t, c), including supplementary aids and services in general and compensatory education, for which Breanna is eligible and additional services needed are identified below. Consideration of the vocational training needs for students at or before entry into high school was discussed.

| General Education (GE) Only | Considered | Speech Therapy | Not Applicable |
|---|---|---|---|
| GE w/Accommodations | Provided | Resource Room | Considered |
| GE w/Support Services | Provided | Self-Contained Classroom | Not Applicable |
| Tutorials | Not Applicable | Adaptive Equipment/AT | Provided |
| Multi-Tiered Interventions | Not Applicable | Counseling | Not Applicable |
| General Vocational Education | Not Applicable | Related Services | Provided |
| Bilingual Classes/ESL | Not Applicable | VAC Class | Not Applicable |
| Preschool/Pre-K | Not Applicable | On-The-Job Training | Not Applicable |
| School Health Services | Not Applicable | Homebound | Not Applicable |
| District AEP | Not Applicable | Hospital Class | Not Applicable |
| Accelerated Plan of Instruction | Not Applicable | RDSPD | Not Applicable |
| Dyslexia Services | Not Applicable | Home Campus | Provided |
| Compensatory Services | Not Applicable | Section 504 Services | Not Applicable |

| Results | If efforts are not successful, provide reason(s) |
|---|---|
| This is B       first ARD meeting in Pearland ISD. Results will be evaluated at the next annual ARD meeting. | |

**Evidence that removal of students with disabilities from the general educational environment/campus occurs only when the nature and severity of the disability is such that education in general education classes/campus with the use of supplementary aids and services cannot be achieved satisfactorily is based on the following**

Cannot achieve the goals and objectives contained in the IEP even though supplementary aids and services are used.

In selecting the least restrictive environment, consideration was given to any potential benefits or harmful effects on the student, the quality of services needed, and the effect this child's presence has on the education others are receiving.

| Benefits | Harmful Effects |
|---|---|
| Decreased student frustration/stress<br>Direct instruction on IEP goals and objectives | No harmful effects anticipated |

**Opportunities for Breanna to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.**

| ☑ Recess | ☑ Health Services | ☐ Athletics | ☐ Choral Groups |
|---|---|---|---|
| ☑ Lunch | ☐ Transportation | ☐ Band | ☐ Recreational Services |
| ☑ Assemblies | ☑ Counseling | ☐ Clubs | ☐ Other Activities |

If other:

**If any of the above items are not checked, document the IEP Committee's decision to exclude Breanna from the opportunity to participate.**

Unchecked items not typically offered at the elementary level.
Needs wheelchair-accessible transportation.

**Breanna is being educated with non-disabled students to the maximum extent appropriate to meet her needs and is unable to benefit from education with non-disabled students to any greater extent.**

☑ Yes ☐ No

## VI. Extended School Year Services (ESY)

| Documentation has been submitted and B            is in need of ESY. | ESY Program Name | ESY Transportation |
|---|---|---|
| ☐ Yes ☑ No | | ☐ Yes ☐ No ☑ N/A |

## VII. Graduation

| Breanna is expected graduate in | IEP Continuer: Breanna has met credit requirements for graduation and continues to have a need for services through the IEP. |
|---|---|
| 2032 | ☐ Yes ☐ No ☑ N/A |
| **PEIMS Graduation Code** | |

| Endorsement | |
|---|---|
| Not Applicable; | |

| The IEP document will serve as Breanna's Personal Graduation Plan (PGP). | See attached graduation supplement. |
|---|---|
| ☐ Yes ☐ No ☑ N/A | ☐ Yes ☐ No ☑ N/A |

## VIII. Assurances

The committee assures the following: that special education placement is as close as possible to B          home; that for national origin minority group students or linguistically different students, placement is not based on criteria which were developed solely on command of the English language; and that placement is based on peer-reviewed research to the extent practicable.

| Basis for Assurance | |
|---|---|
| ☐ adaptations in testing procedures | ☑ review of parent/student information |
| ☐ use of interpreter | ☐ review of language assessment |

The committee assures that special education placement is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

| Basis for Assurance | |
|---|---|
| ☑ review of parent/student information | ☐ review of sociological assessment |

| Initial | The IEP committee assures that Breanna is being educated with students her age who do not have disabilities to the maximum extent appropriate to her overall educational needs (including academic and developmental areas such as language and socialization). |
|---|---|
| Mathis, Rusty | |
| Initial | The committee assures that all instruction and related services specified in the IEP will be provided to B          at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees). |
| Mathis, Rusty | |
| Initial | The district assures that each teacher who provides instruction to a student with disabilities will receive relevant sections of B          current IEP and that each teacher will be informed of specific responsibilities related to implementing the IEP, such as goals and benchmarks, and of needed accommodations, modifications, and/or supports for B |
| Mathis, Rusty | |

The district does not discriminate on the basis of gender, disability, race, color, age or national origin in its education programs, activities, or employment as required by Title IX, Section 504 and Title VI.

# IX. Committee Membership

Date: 9/30/2021

These signatures indicate the participation of the individual members of the IEP committee. A copy of this form will be given to B
parents and any team member or staff person who is directly involved in B        Individual Education Program.

| Signature | Team Member | Position/Agreement | Participation Mode |
|---|---|---|---|
| | Isoyphene C Davis | Parent/Adult Student* <br> Agrees ☑Yes ☐ No | Video Conference |
| | | Parent 2* <br> Agrees ☐Yes ☐ No | |
| *[signature]* | Mathis, Rusty | LEA Representative <br> Agrees ☑Yes ☐ No | |
| *[signature]* | Armendariz, Pamela | General Education | Full Attendance* |
| *[signature]* | Esqueda jr, Alfredo | Special Education | Full Attendance* |
| *[signature]* | Lampson, Emma | Assessment | Partial Attendance* |
| | Rahim, Anita | Occupational Therapist | Not In Attendance* |
| *[signature]* | Botkin, Michelle | ARD Facilitator | Full Attendance* |
| *[signature]* | Mejia, Suzanne | School Nurse | Full Attendance* |
| *[signature] Kanipes* | Kanipes, Holly | Adapted P.E. Teacher | Full Attendance* |
| | | | |
| | | | |
| | | | |

\* Optional Participation

| B        participated in the following sections of this IEP meeting: | | |
|---|---|---|
| ☐ review of evaluation data | ☐ graduation | ☑ NA due to age of student |
| ☐ determination of eligibility | ☐ least restrictive environment | ☐ NA due to level of functioning |
| ☐ PLAAFP | ☐ extended school year | ☐ review/development of annual goals |
| ☐ schedule of services | ☐ transition | |

_____

Student Signature (if applicable)

**Parent/Adult student has been provided Prior Written Notice and agrees to waive the 5 school day waiting period so that the services agreed upon in the IEP may be implemented.**

☑ Yes ☐ No

If the prior written notice requirement has not been waived, the previous IEP will remain in effect for at least 5 school days.

**Mutual Agreement of IEP Committee Members**

| ☑ The parties mutually agree. |
|---|
| ☐ The members of this IEP committee have not reached mutual agreement. |
| ☐ The members of this IEP committee have not reached mutual agreement. The period of time for reconvening the ARD committee meeting must not exceed ten school days, unless the parties mutually agree otherwise. During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement. This recess does not apply if Breanna presents a danger of physical harm to himself or herself or others, or if Breanna has committed an expellable offense, or an offense which may lead to a placement in an alternative education program (AEP). The committee will reconvene as stated below. |

| Date | Time | Location |
|---|---|---|
|  |  |  |

If mutual agreement is not reached, a written statement of the basis of the disagreement shall be included in the IEP. The members who disagree shall be offered the opportunity to write their own statements. 19 TAC 89.1050(g)(4)

| Parent 1 Initials | Parent 2 Initials |  |
|---|---|---|
|  |  | A copy of the procedural safeguards was provided to me at this meeting. |

**Procedural Safeguards Statement**

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication at least once a year. Please contact Dr. Lisa Nixon, at (281) 485- 3203 if you have any questions or need names of other individuals to assist you in understanding this document.|Sus derechos fueron explicados a usted cuando su niño(a) fue incialmente referido a la evaluación de la educación especial. Las Regulaciones Federales requieren que los padres y los estudiantes adultos sean proveídos con una explicación completa de todos los procedimientos de salvaguardia, en su lenguaje natal o en otro modo de comunicación por los menos una vez por año. Si usted tiene cualquier pregunta o necesita nombres de personas quienes le pueden ayudar entender este documento o sus procedimientos de salvaguardia, por favor de llamar a la Dra. Lisa Nixon, en (281) 485- 3203.

# X. Deliberations

Date: 9/30/2021

The meeting was called to order. Introductions were made:

Members present:

Administrator: Ms. Mathis

Parent: Ms. Davis

Special Education Teacher: Mr. Esqueda

General Education Teacher: Ms. Armendariz

Related Service Provider: Ms. Kanipes (Adapted PE)

Assessment: Ms. Lampson, Diagnostician

School Nurse: Ms. Mejia

ARD Facilitator: Ms. Botkin

Parent was provided a copy of the Procedural Safeguards with the original ARD notice. This meeting was held virtually using the Zoom platform.

Purpose of the ARD: This is a 30-Day Annual ARD to review B    educational placement and progress. The committee will review B    present levels of performance, which include strengths and weaknesses, concerns of team members, proposed goals, placement options, and services needed to access the educational program.

### I.Review of Evaluation Data deliberations.

B    FIE is current. No additional testing is recommended/requested at this time after completion of the Adapted PE evaluation.
B    three-year reevaluation is due by 10/8/2022.

An Adapted PE evaluation was requested in Breanna's previous school district but not completed. The Adapted PE evaluation was then completed by Pearland ISD. Ms. Kanipes (APE Teacher) reviewed the evaluation with Ms. Davis prior to the meeting and summarized the results for the ARD Committee. Ms. Davis did not have additional questions.

### II. Determination of Eligibility.

Based on the results of B    current FIE, she meets the eligibility criteria as a student with the educational disability condition of Orthopedic Impairment due to Osteogenesis Imperfecta. The ARD/IEP committee has determined that there is an educational need for special education services.

### III. Present Levels of Academic Achievement and Functional Performance deliberations.

B    strengths and weaknesses were reviewed.

Mr. Esqueda reviewed B    present levels and progress. She is able to move around the classroom and communicate her needs. She works well in class and completes assignments. She is currently reading on a BAS level F, which is below grade-level. In writing, teachers shared some concerns with writing mechanics. Ms. Armendariz agreed with Mr. Esqueda on academic levels, and she added that B always works hard and does her best. She is doing very well.

Ms. Rahim (Occupational Therapist) was not in attendance, but she shared information via email that she spoke with Ms. Davis prior to the meeting about proposed service times and the writing goal she would support in the classroom.

Ms. Kanipes (Adapted PE) also spoke with Ms. Davis prior to the meeting, and she proposed her Adapted PE goal for the ARD Committee. The ARD Committee was in agreement and the goal was accepted.

New IEPs were discussed and accepted by the ARD Committee. The occupational therapist will support B        writing goal.

Ms. Davis shared that B. _ _ _ _ _ _ will be having surgery on her legs soon. Both legs will need surgery, but the doctors will operate on one leg at a time with approximately 3-4 weeks in between operations. Ms. Davis does not have further information on scheduled dates or recovery time yet, but Ms. Botkin asked that she let the campus staff know once we have those updates. If changes need to be made to B services, or if Homebound services need to be initiated, the ARD Committee can reconvene to address B        needs. Ms. Davis shared that she will keep the campus informed once she has more information.

## IV. Determination of Services to Be Provided deliberations.

Schedule of services, modifications, and accommodations were reviewed, discussed, and accepted.

Breanna will continue to receive academic instruction for Reading/Language Arts, Math, Science, and Social Studies in the General Education setting with the support of special education staff and classroom accommodations. She will receive in-class support during Reading/Language Arts (30 minutes/day). Special Education services may be affected on days with altered schedules (i.e. campus/district/state testing, assemblies, field trips, etc.). B        will receive accommodations as evidenced by need and based on eligibility criteria, teacher input, and most recent FIE information.

B        additional support in the classroom was discussed. B        is able to participate in classroom instruction without assistance, including moving around the room in her wheelchair when needed. She is able to push herself in her chair. Assistance is needed in the cafeteria (to carry tray/food), during recess and specials, transitions between the classroom and other locations in the school, hallways, and arrival/dismissal. Total daily time needed for these activities were discussed. In addition to in-class support to address academic need, the ARD Committee determined that B        will also receive support from Special Education Staff (90 minutes/day) to assist with safety concerns and transitions to and from the classroom during the school day (ex: morning arrival, specials, recess, lunch, afternoon dismissal, etc.) and personal care, as needed. This is documented as a Supplementary Aid/Service on Breanna's schedule of service page.

Related services: B        receives Transportation (not currently using – parent provides transportation), Occupational Therapy, and Adapted PE services.

Adapted Physical Education services will be 480 minutes per week.  30 minutes 2 times a week for the first 8 weeks, the remaining week will be used for generalization of skills and consult with the Physical Education teacher.  APE services may not be provided on days with altered schedule. ( first/last week of school, campus/district/state testing days, assemblies and or field trips..etc.)

## IV-B State Assessment (STAAR) deliberations.

B        is not enrolled in a grade level assessed by the State of Texas Assessments of Academic Readiness (STAAR) for the current school year.

State Assessment options for the administration of STAAR for the 2022-2023 school year were discussed and agreed upon by the committee. All accommodations that are provided are pending TEA approval for use on the STAAR testing program. For the 2022-23 school year, B        will take the Reading and Math STAAR with agreed upon accommodations, provided all are approved for use by TEA on the STAAR testing program.

## V. Least Restrictive Environment

B          is being educated in the least restrictive environment where she can achieve goals and objectives. B          academic instruction is provided in the General Education setting with her non-disabled peers. B          has the opportunity to participate in all age/grade level non-academic and extra-curricular activities offered on her current campus.

## VI. Extended School Year Services (ESY)

Extended school year services are not recommended for B          at this time. Should regression be noted after breaks with an extended time for recoupment of skills, an ARD will be held to discuss ESY services.

## VII. Graduation

It is anticipated that B          will graduate from high school in May 2032.

## Additional Deliberations:

The Personal Care Supplement was reviewed by Ms. Botkin.

The Medically Fragile Supplement was also presented and discussed to determine if B          meets the designated criteria for a student that is Medically Fragile. Statements were reviewed as an ARD Committee, and it was determined that Breanna does meet the criteria to be considered Medically Fragile. The ARD Committee was in agreement.

Ms. Davis participated via cell phone on the virtual meeting. She was unable to sign in the ARD document but verbally agreed to the decisions made today and granted permission to indicate agreement on the Committee Membership page.

Prior to concluding the ARD meeting, Ms. Botkin asked all members of the ARD committee if they had any further questions or concerns. The committee members were in agreement, assurances were read, signatures secured, and the meeting was adjourned.

The 5 school day waiting period for services agreed upon in the IEP to be implemented was waived. This IEP will begin on 10/1/2021. A copy of the ARD paperwork will be emailed to Ms. Davis.

## Signature

| | |
|---|---|
| *Michelle Botkin* | ARD Facilitator |
| Team Member Name: Botkin, Michelle | Position |

| Pearland ISD | | | | |
|---|---|---|---|---|
| **Student ID** | **Student Name** | **Age** | **Date of Birth** | **Gender** |
| | Breanna C Bowie | 7 | | F |
| **Medicaid ID** | **Home Campus** | **Current Campus** | **Grade** | |
| 624697772 | Cockrell Elementary | Cockrell Elementary | 02 | |

## Annual Goals

This report reflects goals in effect during the following date range:

Start Date: 10/1/2021     End Date: 9/29/2022

---

**Subject/Focus:** English          **Status:**  ☐ Proposed     ☒ Approved

**Texas Essential Knowledge and Skills Standard:**
The student will read grade-level text with fluency and comprehension. [02.04] [V 01-08]

This standard is appropriate for the following grades: 02, 03

**Goal:** Reading

Goal Start Date: 10/1/2021          Type:  ☒ Academic   ☐ Functional   ☐ Related Services   ☐ ESY   ☐ Transition

By the next annual ARD meeting, using reminders to stay on task and positive reinforcers, B     will read on-level text with fluency and comprehension. [02.04] [V 01-08] Success will be measured using daily work/tests/observations at a rate of 70% Accuracy & comprehension.

> **Objective/Benchmark:**
> B     will read on-level text with fluency and comprehension. [02.04] [V 01-08] Success will be measured using daily work/tests/observations at a rate of 40% Accuracy & comprehension.

> **Objective/Benchmark:**
> B     will read on-level text with fluency and comprehension. [02.04] [V 01-08] Success will be measured using daily work/tests/observations at a rate of 60% Accuracy & comprehension.

Responsible for Implementing Goal:          Frequency of Progress Reporting:
Gen Ed/SpEd Teacher                          Quarterly

**Texas Essential Knowledge and Skills Standard:**
The student will write legibly and use appropriate capitalization and punctuation conventions in compositions. [02.22]

This standard is appropriate for the following grades: 02, 03

**Goal:** Writing

Goal Start Date: 10/1/2021          Type:  ☒ Academic   ☐ Functional   ☒ Related Services   ☐ ESY   ☐ Transition

By the next annual ARD meeting, using no more than 3 verbal prompts, B     will write 5 complete sentences on a given topic and use appropriate capitalization and punctuation conventions. Success will be measured using daily work/tests/observations and writing samples at a rate of 70% in 4 of 5 trials.

> **Objective/Benchmark:**
> 1. By the end of the 2nd grading period of the 2021-2022 school year, using no more than 3 verbal prompts, B     will write 5 complete sentences on a given topic and use appropriate capitalization and punctuation conventions. Success will be measured using daily work/tests/observations and writing samples at a rate of 70% in 4 of 5 trials.

> **Objective/Benchmark:**

B          B

2. By the end of the 3rd grading period of the 2021-2022 school year, using no more than 3 verbal prompts, B          will write 4 complete sentences on a given topic and use appropriate capitalization and punctuation conventions. Success will be measured using daily work/tests/observations and writing samples at a rate of 70% in 4 of 5 trials.

| Responsible for Implementing Goal: | Frequency of Progress Reporting: |
|---|---|
| Gen Ed/SpEd Teachers/Occupational Therapist | Quarterly |

| **Subject/Focus:** Physical Education | **Status:** ☐ Proposed | ☑ Approved |
|---|---|---|

**Texas Essential Knowledge and Skills Standard:**
The student will exhibit a health enhancing, physically-active lifestyle that improves health and provides opportunities for enjoyment and challenge. [02.3]

This standard is appropriate for the following grades: KG, 01, 02

**Goal:** Physical Education Goal 1

Goal Start Date: 10/1/2021          Type:  ☑ Academic     ☐ Functional    ☑ Related Services     ☐ ESY      ☐ Transition

In 36 instructional weeks, Breanna will demonstrate self tossing and catching a lightweight ball tossed at head level or higher in 3 out of 5 attempts.

**Objective/Benchmark:**
1. B          will demonstrate self tossing and catching a lightweight ball tossed at head level in 1 out of 5 attempts.

**Objective/Benchmark:**
2. B          will demonstrate self tossing and catching a lightweight ball tossed at head level 2 out of 5 attempts.

**Objective/Benchmark:**
3. B          will demonstrate self tossing and catching a lightweight ball tossed at head level or higher in 2 out of 5 attempts.

| Responsible for Implementing Goal: | Frequency of Progress Reporting: |
|---|---|
| Adapted P.E. Teacher | Quarterly |

Pearland ISD                                                                                          B        B
                                                              2211 Willow Blvd, Pearland, TX 77581

| Student ID | Student Name | | Age | Date of Birth | | Gender |
|---|---|---|---|---|---|---|
| | B        B | | 7 | | | F |
| Academic Year | Home Campus | | Current Campus | | | Grade |
| 2021-22 | Cockrell Elementary | | Cockrell Elementary | | | 02 |

## Notice of Decision
## Prior Written Notice

| Date of Notice | Explanation of Procedural Safeguards was provided |
|---|---|
| 9/30/2021 | ☑ Yes ☐ No |

**Decision**

1. Accept FIE results from Goliad Special Education Cooperative, which indicate that B_____ meets the criteria as a student with the educational disability condition of Orthopedic Impairment due to Osteogenesis Imperfecta. She has the need for specialized instruction through Special Education. The ARD Committee was in agreement.
2. Accept FIE/evaluation for Adapted PE from Pearland ISD (completed 9/29/2021), which indicate that B_____ qualifies for Adapted PE services.
3. IEP goals were accepted by the ARD Committee.
4. B_____ will receive the schedule of services and accommodations listed in Section IV. B_____ will receive in-class support for Reading/Language Arts. Her instruction will be in the general education setting with needed accommodations. She will also receive Occupational Therapy, Adapted PE, and Transportation as related services. Breanna will have Special Education Staff support for transitions on campus (ex: arrival, dismissal, hallway, lunch, recess, etc.) as a supplementary aid/service.
5. Instructional accommodations were proposed and agreed upon.
6. State assessments were discussed. B_____ will not take STAAR this year due to her grade level. She will take all district benchmarks and assessments. STAAR for Reading and Math were projected for next school year. The ARD Committee was in agreement.
7. B_____ is considered a Medically Fragile Student.

**Why decision was made**

1. Data from the FIE, physician's documentation from previous district, and teacher input supports the need for special education services.
2. Data from the FIE in the area of Adapted PE supports the need for special education services/goals in Adapted PE.
3. The District developed the PLAAFP and IEPs based on FIE results, classroom data, and teacher input.
4. B_____ requires academic instruction in the general education setting, with in-class support in reading/language arts for 30 minutes, 4 days per week. She qualifies for related services (OT, APE, and Transportation), and requires the assistance of Special Education support staff for approximately 90 minutes/day (in addition to academic support in ELA) for her safety during the school day.
5. Instructional accommodations were included based on recommendations of the FIE, teacher input, and parent input.
6. B_____ is not enrolled in a testing year. Not age appropriate.
7. B_____' medical condition of Osteogenesis Imperfecta and her medical history met each of the criteria on the Supplement: Medically Fragile Student.

**Options considered**

1. N/A
2. N/A
3. The District considered different goals based on FIE results and teacher input.
4. The District considered different services for B_____, including resource or varied amounts of in-class support.
5. The District considered including other instructional accommodations for B_____ during ARD Committee discussion.
6. B_____ is not enrolled in a grade level assessed by STAAR this school year. The District considered different accommodations in projecting for state testing next year.
7. The District considered each criterion for designation of Medically Fragile, with input from parent.

**Why rejected**

1. Not rejected. The FIE results were accepted by the ARD Committee.
2. Not rejected. The FIE results from the Adapted PE evaluation completed in Pearland ISD were accepted by the ARD Committee.
3. Not rejected. The PLAAFP and IEP goals were accepted by the ARD Committee.
4. Not rejected. B_____ will receive the schedule of services listed in Section IV of the IEP.
5. Not rejected. Based on the results and recommendations of the FIE and teacher input, B_____ was in need of instructional accommodations to be successful in the school setting.
6. Not rejected. B_____ is not in a testing year. Projection for 3rd grade STAAR was made.
7. Not rejected. The ARD Committee was in agreement that B_____ is a Medically Fragile student.

**Evaluation procedures, tests, records, or reports used as a basis for the decision**

Full and Individual Evaluations

Previous School District Records
Teacher Input
Parent Input
Input from Related Service Providers
Classroom Observations

| **Other factors relevant to the decision** |
| --- |
| None. |

| *Michelle Botkin* | 9/30/2021 |
| --- | --- |
| **Signature of District Representative: Botkin, Michelle** | **Signature Date** |

| ☑ Yes ☐ No | **Parent or Adult Student agrees to waive the 5 school day written notice requirement prior to implementing these decisions.** |
| --- | --- |

| | |
| --- | --- |
| **Signature of Parent/Guardian/Adult Student: Isoyphene C Davis ·       Pearland, TX 77581** | **Signature Date** |

## Procedural Safeguards Statement

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication at least once a year. Please contact Dr. Lisa Nixon, at (281) 485- 3203 if you have any questions or need names of other individuals to assist you in understanding this document.|Sus derechos fueron explicados a usted cuando su niño(a) fue incialmente referido a la evaluación de la educación especial. Las Regulaciones Federales requieren que los padres y los estudiantes adultos sean proveídos con una explicación completa de todos los procedimientos de salvaguardia, en su lenguaje natal o en otro modo de comunicación por los menos una vez por año. Si usted tiene cualquier pregunta o necesita nombres de personas quienes le pueden ayudar entender este documento o sus procedimientos de salvaguardia, por favor de llamar a la Dra. Lisa Nixon, en (281) 485- 3203.

Pearland ISD

B.                    B
Pearland, TX 77581

**IEP Meeting Date: 9/30/2021**

**Supplement:**
**Medically Fragile**

| The IEP committee has determined that the student meets each of the following criteria as a student who is medically fragile |
| --- |
| ☑ Ranges in age from birth through age 21 |
| ☑ Has a serious, ongoing illness or a chronic condition that has lasted or is anticipated to last at least 12 or more months or has required at least one month of hospitalization, and which requires daily, ongoing medical treatments and monitoring by appropriately trained personnel which may include parents or other family members |
| ☑ Requires the routine use of a medical device or the use of assistive technology to compensate for the loss of usefulness of a body function needed to participate in activities of daily living |
| ☑ Lives with ongoing threat to his or her continued well-being. |

Pearland ISD

B_    B_
Pearland, TX 77581

**IEP Meeting Date: 9/30/2021**

## Supplement:
## Personal Care Services

**Personal Care Service assistance is required for B_    B_   throughout the day because the student exhibits one or more of the following eligibilities:**

**Summarize the medical necessity for personal care services**

Physical limitation related to the student's disability that affects activities of daily living.
Student needs physical assistance in performing personal tasks.
Student needs to be supervised and re-directed to facilitate their safety and the safety of others.

**Personal Care Services are required by the student to complete the following:**

**Activities of Daily Living (ADLs)**

Escorting
Transferring

**Instrumental Activities of Daily Living (IADLs)**

Escorting
Orientation and Mobility
Transferring

**Other Instrumental Activities of Daily Living:**

**Personal Care Services are required by the student and occur in the form of**

Escorting
Monitoring
Physical assistance
Supervision

- ☑ Personal Care Services are provided throughout the school day in a group setting.
- ☑ Personal Care Services are provided throughout the school day on an individual basis.
- ☐ The IEP contains goals and objectives that address the attainment of functional life skills.
- ☑ B_    B_   needs assistance transitioning throughout the school day.
- ☑ B_    B_   needs assistance transitioning upon bus arrival/departure and bus escort.

**Failure to provide personal care assistance may result with difficulties in any of the following areas**

| | |
|---|---|
| ☐ Attending to tasks | ☐ Behavior |
| ☐ Communicating | ☐ Dressing |
| ☐ Eating | ☐ Elopement |
| ☐ Hearing | ☐ Immobility |
| ☐ Impulsivity | ☐ Failure to access curriculum/complete ADLs or IADLs |
| ☐ Independently accessing school/community environments | ☑ Maintaining safety for student or others |
| ☑ Maneuvering throughout the school/community environments | ☐ Toileting |
| ☐ Understanding | ☐ Unusual repetitive habits |
| ☐ Withdrawal | |

**Other Areas**